Laurence F. Padway, (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650
Email: lpadway@padway.com

David J. Linden, #41221
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883
Email: djl7007@sbcglobal.net

Attorneys for Plaintiff
Michael Rapolla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAPOLLA,

        Plaintiff,

   vs.

WASTE MANAGEMENT EMPLOYEE
BENEFITS PLAN and
LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.
_____/

No. CV 13 2860

COMPLAINT FOR
ERISA BENEFITS AND
VIOLATION OF THE
CALIFORNIA INSURANCE

Comes now plaintiff alleging of defendant as follows:

### Jurisdiction

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 28 U.S.C. 1132(f).

### First Claim for Relief - ERISA Benefits

2. Michael Rapolla is a beneficiary of the Waste Management Employee Benefits Plan which resides within this judicial district. Both Mr. Rapolla and the Plan reside in this judicial

**Complaint**                                  1

1 | district. The plan is covered by the Employee Retirement Income Security Act of 1974.

2

3 |       3. Defendant Life Insurance Company of North America (LINA), a subsidiary of
4 | CIGNA Group Insurance ("CIGNA"), is a corporation which acts as a fiduciary of the plan, insures
5 | the plan, and has taken over as the decision-maker for disability benefits under the plan, and which
6 | does business within this judicial district.

7

8 |       4. Mr. Rapolla became disabled on April 8, 2010, during his employment by Waste
9 | Management, Inc. and while covered under the Plan. The Plan provides for payment in the event of
10 | disability.

11

12 |       5. Mr. Rapolla applied for long term disability benefits under the plan. His claim was
13 | denied on June 28, 2012 and benefits terminated effective June 28, 2012. He appealed that denial,
14 | and the appeal was denied on June 7, 2013.

15

16 |       6. As a proximate result thereof, Mr. Rapolla has been damaged by the loss of
17 | benefits from October 5, 2012. The plan pays individual benefit amounts equal to 60 percent of
18 | Covered Earnings up to the employee's Social Security Normal Retirement Age.

19

20 |       7. Mr. Rapolla has been compelled to retain counsel to collect the benefits owed, and
21 | is entitled to reasonable attorneys fees under ERISA in an amount dependent upon the extent of
22 | litigation required and estimated at $150,000 through trial.

23

24

25 | **Second Claim for Relief - California Insurance Code 10111.2**

26

27 |       8. Mr. Rapolla incorporates the allegations of the first claim for relief as if there were
28 | set forth here in full.

**Complaint**                                                                 2

9. Under California Insurance Code 10111.2, Mr. Rapolla is entitled to a payment at the rate of 10% per annum for each disability payment due his under the insurance policy issued which is made more than 30 days after it is due.

Wherefore, plaintiff prays for relief as set forth below:

### Prayer for Relief

Wherefore, plaintiff prays for relief as follows:

1. For benefits due under the Plan according to proof, and prejudgment interest thereon;

2. For an award of interest against defendant according to proof and in accord with California Insurance Code 10111.2;

3. For attorneys fees of $150,000 or according to proof; and

4. For such other relief as the court deems just and proper.

Dated: June 17, 2013

Laurence F. Padway
Attorney for plaintiff

Complaint                                               3