ADRIENNE C. PUBLICOVER (State Bar No. 161432)
Email: Adrienne.Publicover@WilsonElser.com
LAURA E. FANNON (State Bar No. 111500)
Email: Laura.Fannon@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

LAURENCE F. PADWAY (State Bar No. 89314)
Email: lpadway@padway.com
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:   (510) 814-6100
Facsimile:    (510) 814-0650

DAVID J. LINDEN (State Bar No. 41221)
Email: djl7007@sbcglobal.net
Post Office Box 5780
Napa, California 94581
Telephone:   (707) 252-7007
Facsimile:    (707) 252-7883

Attorneys for Plaintiff,
MICHAEL RAPOLLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAPOLLA, | Case No.: CV13-02860 JST |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| WASTE MANAGEMENT EMPLOYEE BENEFITS PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA | Action Filed: June 20, 2013<br>Trial Date: None |
| Defendants. | |

1
STIPULATION TO BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
CV13-02860-JST

1   Whereas, the Court's order of October 10, 2013, scheduled the following case deadlines for cross-motions for summary judgment:

| | |
|---|---|
| Deadline to file cross-motions for judgment | 3/5/14 |
| Oppositions to cross-motions for judgment | 3/26/14 |
| Replies to cross-motions for judgment | 4/9/14 |

Counsel for plaintiff undersigned has advised counsel for defendants that he has had an exacerbation of a chronic cardiac condition which has caused three hospitalizations since November, and as a result, he requires some additional time to complete the opening brief.

Now, therefore, the parties stipulate to continue the briefing schedule for cross-motions for summary judgment as follows:

| | |
|---|---|
| Deadline to file cross-motions for judgment | 3/12/14 |
| Oppositions to cross-motions for judgment | 4/2/14 |
| Replies to cross-motions for judgment | 4/16/14 |

Defendants' agreement to the above is conditioned upon the May 8, 2014 date of the hearing remaining unchanged because of scheduling limitations on the part of their counsel.

**IT IS SO STIPULATED.**

Dated: March 4, 2014

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/Laura E. Fannon
    ADRIENNE C. PUBLICOVER
    LAURA E. FANNON
    Attorneys for Defendants
    LIFE INSURANCE COMPANY OF NORTH AMERICA

1  Dated: March 4, 2014           LAW OFFICES OF LAURENCE F. PADWAY

3                                 By: /s/ Laurence F. Padway
                                      LAURENCE F. PADWAY
4                                     Attorneys for Plaintiff MICHAEL RAPOLLA

                                              ORDER

9  **IT IS SO ORDERED.**

10 DATED: March 4, 2014

IT IS SO ORDERED

Judge Jon S. Tigar